Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

USA v.

JATIEK SMITH

Docket No.: 22 CR 352 (JSR)

Hon. Jed S. Rakoff
(District Court Judge)

Notice is hereby given that __DEFENDANT JATIEK SMITH__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ☑, other ☑ __Pre-trial orders__
(specify)
entered in this action on June 12, 2024 (judgment); various dates (Pre-trial orders)
(date)

This appeal concerns: Conviction only |__| Sentence only |__| Conviction & Sentence |☑| Other |☑|

Defendant found guilty by plea |__| trial |☑| N/A |__|

Offense occurred after November 1, 1987? Yes |☑| No |__| N/A |__|

Date of sentence: June 3, 2024    N/A |__|

Bail/Jail Disposition: Committed |☑| Not committed |__| N/A |__|

Appellant is represented by counsel? Yes ☑ | No |__| If yes, provide the following information:

Defendant's Counsel: Russell Capone, Esq. (CJA Appointed - Dkt. 386)

Counsel's Address: Cooley LLP

55 Hudson Yards New York, NY 10001

Counsel's Phone: (212) 479-6580

Assistant U.S. Attorney: Rushmi Bhaskaran, Marguerite Colson, Elizabeth Espinosa

AUSA's Address: 26 Federal Plaza, 37th Floor

New York, NY 10278

AUSA's Phone: (212) 637-2439; (212) 637-2587; (212) 637-2216

_____
Signature

RECEIVED SDNY PRO SE OFFICE 2024 JUN 21 PM 1:09